## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## **NOTICE**

UNITED STATES OF AMERICA

V.    CASE NO. 1:15cr11-GHD-DAS

KRYSTAL COLEMAN

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place**
FEDERAL BUILDING
911 Jackson Avenue
OXFORD, MS

**Room No.**
COURTROOM NO. 1

**Date and Time**
MONDAY, APRIL 27, 2015, 11:00 A.M.

**Type of Proceeding**

**WAIVER OF INDICTMENT & PLEA AS TO COUNT 1 OF INFORMATION
BEFORE SENIOR JUDGE GLEN H. DAVIDSON
A PRE-SENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS AND COUNSEL FOR DEFENDANT MAY ATTEND**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

By: /s/   Raye Long
   Raye Long, Courtroom Deputy

Date:   April 8, 2015

To:   Rob Coleman, AUSA (NEF)          U. S. Probation Service

   Hon. Thomas C. Levidiotis (NEF)    U. S. Marshal

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**